UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

| | |
|---|---|
| JAMAL COLEMAN, and<br>SHEENA COLEMAN, | Case No. |
| Movants, | |
| v. | |
| LENNAR CORP., | |
| Respondent. | |

_____

| | |
|---|---|
| JAMAL COLEMAN, and<br>SHEENA COLEMAN, | Case No. 1:17-cv-01093-VAC-SRF<br>U.S.D.C. District of Delaware |
| Plaintiffs, | |
| WEYERHAEUSER COMPANY, | |
| Defendant. | |

_____

## **CONSENT MOTION TO EXTEND TIME TO RESPOND**

Jamal Coleman and Sheena Coleman ("Movants") ("Plaintiffs" in the underlying case in which the Subpoena was issued), with the consent of Lennar Corporation ("Respondent"), by and through their counsel, respectfully request an extension of time to move to compel production pursuant to the subpoena.  Pursuant to Local Rule 26.1(g), Movants would be required to move to compel today, but the parties have been conferring regarding the Subpoena at issue, and productive discussions continue.  The parties require further time to negotiate.  There have been no prior extensions of this deadline.

WHEREFORE, Movants respectfully request an order extending the deadline for Movants to file a motion to compel to February 6, 2018.

Respectfully submitted,

*/s/ Ronald P. Weil*
Ronald P. Weil (FBN 169966)
Weil, Snyder, Schweikert & Ravindran P.A.
Citigroup Center
201 S. Biscayne Blvd., Suite 850
Miami, FL 33131
T: 305-372-5352
F: 305-372-5355
rweil@weillawfirm.net

*Counsel for Movants/Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 16, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document was served on all counsel of record via email.

*/s/ Ronald P. Weil*
Ronald P. Weil
